UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | CAUSE NO. 1:20-mj-0589-DML |
| ZHAO, KAIKAI | ) ) ) | (-01) |
| *Defendant*. | ) | |

## ORDER

The United States of America has moved the Court to unseal the above-entitled action.

In support of its motion, the United States informed the Court that the arrest warrant has been served and therefore the interests of justice and the needs of the investigation no longer require this cause to remain under seal.

WHEREFORE, the Court being sufficiently advised, now GRANTS the Motion to Unseal Case at Docket 8 and the Clerk of the Court is ORDERED to unseal the above-entitled action.

IT IS FURTHER ORDERED that the Motion to Unseal Document at Docket 7 is denied as moot.

SO ORDERED.

Date: 7/23/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to Registered Counsel of Record.