**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>v. )   1:20-mj-00589-DML<br>)<br>)<br>ZHAO KAIKAI )<br>)<br>      Defendant. ) | |

**APPEARANCE**

TO: CLERK OF COURT

    Please enter the appearance of William H. Dazey, Jr., Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: July 24, 2020

                              Respectfully submitted,

                              *William H. Dazey, Jr.*
                              William H. Dazey, Jr.
                              Indiana Federal Community Defenders, Inc.
                              111 Monument Circle, Suite 3200
                              Indianapolis, IN 46204
                              317-383-3520

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2020 a copy of the foregoing **Appearance** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                              *William H. Dazey, Jr.*
                              William H. Dazey, Jr.