UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:20-mj-0589 |
| | ) | |
| ZHAO KAIKAI, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JULY 30, 2020**
**HONORABLE DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appear for a preliminary and detention hearing.   Defendant appeared in person and by FCD counsel William Dazey.   Government represented by AUSA Matt Rinka. USPO represented by Courtney Ratzlaff.

Defendant orally waived his right to physically appear for his detention hearing in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Preliminary hearing held.   Parties submitted to the complaint, its attached affidavit and information contained in Government's Motion for Pretrial Detention [Dkt. 13] and probable cause was found.

Detention hearing held.

Exhibit 1 (PS3) admitted without objection.

Testimony presented and evidence proffered.   Argument presented.   Court grants the government's Motion for Pretrial Detention [Dkt. 13] and orders the defendant detained pending trial.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 7/30/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system